IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31020
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIMEON RAFAEL; EPIFANIO GONZAGA,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. CR-94-104-B-M1
- - - - - - - - - -
September 11, 1996

Before KING, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM:[*]

Simeon Rafael and Epifanio Gonzaga challenge the sufficiency
of the evidence to support their convictions for importation of
cocaine, possession of cocaine on board a vessel arriving in the
United States, and possession with intent to distribute cocaine.
We have throughly reviewed the record and the arguments raised in
the briefs and find no reversible error.  See United States v.

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Velgar-Vivero, 8 F.3d 236, 241 (5th Cir. 1993), cert. denied, 114 S. Ct. 1865, 2715 (1994).

The appellants also challenge the admission of testimony concerning a statement by Gonzaga and of the witness's opinion concerning what Gonzaga meant.  Even if the admission of Bambao's testimony was error, it was harmless in light of the other evidence against Rafael and Gonzaga.  See United States v. Gadison, 8 F.3d 186, 192 (5th Cir. 1993).

Rafael and Gonzaga's convictions are AFFIRMED.